IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DARMARTRESS COLLINS**  **PLAINTIFF**
ADC #137696

V.     Case No. 2:24-cv-00049-LPR-PSH

**DEXTER PAYNE,** *Director, ADC,* **et al.**     **DEFENDANTS**

## ORDER

On March 13, 2024, Plaintiff Darmartress Collins, an inmate at the Arkansas Division of Correction's Delta Regional Unit, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On March 14, 2024, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed.[3] Plaintiff has not complied with or otherwise responded to the March 14, 2024 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.* at 2.