IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DARMARTRESS COLLINS**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #137696**

V.　　　　　　　　Case No. 2:24-cv-00049-LPR-PSH

**DEXTER PAYNE,** *Director, ADC,* **et al.**　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE